EXHIBIT B

| | |
|---|---|
| DISTRICT COURT OF THE 2nd JUDICIAL DISTRICT, DENVER COUNTY COMBINED COURT, STATE OF COLORADO<br><br>Court Address: 1437 Bannock Street<br>Denver, Colorado 80202<br><br>Phone Number: 720-865-8301 | DATE FILED: June 10, 2019 3:12 PM<br>FILING ID: 115288D482947<br>CASE NUMBER: 2019CV32263 |
| Plaintiff:<br>**Alesya Allen**<br>v.<br>Defendant:<br>**Sunflower Farmers Market, LLC dba Sprouts Farmers Market.** | ▲ Court Use Only ▲ |
| Plaintiff's Attorney:<br><br>Eric M. Pizzuti, Esq. #40552<br>THE PIZZUTI LAW FIRM, LLC<br>1665 Grant Street<br>Denver, Colorado 80203<br>Phone:    720-389-5282<br>Facsimile: 720-235-0248<br>Email:    epizzuti@pizzutilawfirm.com | Case No.:<br><br>Division: |
| **CIVIL COMPLAINT AND JURY DEMAND** ||

The Plaintiff, Alesya Allen, by and through her undersigned attorney, The Pizzuti Law Firm, LLC, hereby submits her Civil Complaint and Jury Demand and asserts:

### JURISDICTION AND VENUE

1. At all times relevant to this action, Plaintiff Alesya Allen (hereinafter "Plaintiff") resided in Colorado.

2. Upon information and belief, at all times relevant to this action, Defendant Sunflower Farmers Market, LLC. is a foreign limited liability company with the trade name Sprouts Farmers Markets (hereinafter "Defendant").

3. Upon information and belief, Defendant resides in Denver County, Colorado.

4. Venue is proper in Denver County, State of Colorado, pursuant to C.R.C.P. 98(c).

### FACTUAL ALLEGATIONS

5. Plaintiff incorporates herein by this reference the allegations set forth with specificity in preceding paragraphs of this Civil Complaint, as if set forth *verbatim*.

6. On or about September 25, 2017 at approximately 3:30pm MST, the Plaintiff shopped at the Defendant's Sprouts Farmers Market located at 9751 South Parker Road, Parker, Colorado 80134 (hereinafter "Premises").

7. On the above-referenced date and time, the Plaintiff stepped on green beans that were unreasonably on the floor of the Premises.

8. The Plaintiff slipped and fell on the green beans and sustained injuries.

9. The Plaintiff was not negligent in any way regarding this injury.

10. The Plaintiff was an invitee for purposes of this injury and lawsuit.

11. The Defendant was a landowner for purposes of this injury and lawsuit.

12. The Defendant owed the Plaintiff a duty of reasonable care to protect the Plaintiff against known dangers or dangers that the Defendant might have discovered in the exercise of reasonable care.

13. The Defendant breached its duty owed to the Plaintiff.

14. The Plaintiff sustained economic damage as a direct and proximate cause of the Defendant's breach of its duty owed to the Plaintiff.

15. The Plaintiff sustained non-economic damage as a direct and proximate cause of the Defendant's breach of its duty owed to the Plaintiff.

16. The Plaintiff sustained permanent impairment and/or disfigurement as a direct and proximate cause of the Defendant's breach of its duty owed to the Plaintiff.

### FIRST CLAIM FOR RELIEF
**Statutory Premises Liability**
**Pursuant to C.R.S. § 13-21-115**

17. Plaintiff incorporates herein by this reference the allegations set forth with specificity the preceding paragraphs of this Complaint, as if set forth *verbatim*.

18. Defendant is a landowner for purposes of this injury and lawsuit because it is an authorized agent or a person in possession of the Property and a person legally responsible for the condition of Property or for the activities conducted or circumstances existing on the Property.

19. Plaintiff is an invitee because she entered or remained on the Property to transact business in which the Plaintiff and Defendant are mutually interested or who entered

    or remained on the Property in response to Defendant's express or implied representation that the Plaintiff is requested, expected, or intended to enter or remain on the Property.

20. Defendant owed the Plaintiff a duty of reasonable care to protect the Plaintiff against known dangers or dangers that the Defendant might have discovered in the exercise of reasonable care on its Property.

21. The Defendant breached its duty owed to the Plaintiff.

22. The Plaintiff sustained economic damage as a direct and proximate cause of the Defendant's breach of its duty owed to the Plaintiff.

23. The Plaintiff sustained non-economic damage as a direct and proximate cause of the Defendant's breach of its duty owed to the Plaintiff.

24. The Plaintiff sustained permanent impairment and/or disfigurement as a direct and proximate cause of the Defendant's breach of its duty owed to the Plaintiff.

    **WHEREFORE**, Plaintiff, **Alesya Allen,** prays for judgment against **Sunflower Farmers Market, LLC dba Sprouts Farmers Market** in an amount to be determined by a jury at trial, for pre- and post-judgment interest, costs and expert witness fees, and for such other and further relief as the Court may deem just and proper.

    Plaintiff does hereby **DEMAND A TRIAL BY JURY.**

Dated this 10th day of June 2019.

                                             Respectfully submitted,

                                             THE PIZZUTI LAW FIRM, LLC

                                             */s/Eric M. Pizzuti*
                                             Eric M. Pizzuti
                                             *Attorneys for Plaintiff*

Plaintiff's Address:

20412 East Chenango Place
Aurora, Colorado 80015